**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Rafed Al Izawi,                    )<br>                                           )<br>          Plaintiff,                 )<br>                                           )<br>vs.                                      )<br>                                           )<br>Michael Chertoff, et al.,         )<br>                                           )<br>          Defendants.           )<br>_____) | NO. CIV 05-0561-PHX-DKD<br><br>**ORDER** |

Plaintiff having filed a Notion of Inquiry of Status of Case (Doc. #23) regarding the status of Defendants' Motion to Dismiss and Motion for Summary Judgment (Doc. #20),

Plaintiff is informed that the pending motions are fully briefed and are awaiting decision on the merits and will be decided in due course.

DATED this 8th day of June, 2006.

_____
David K. Duncan
United States Magistrate Judge